Decided February 25, 1997

ROBERT L. PATRON ET AL. *v.* SIMON
KONOVER ET AL.

The plaintiffs' petition for certification for appeal from the Appellate Court, 43 Conn. App. 645 (AC 15057), is denied.

*Richard P. Weinstein* and *Nathan A. Schatz*, in support of the petition.

*Richard C. Robinson*, in opposition.

Decided March 5, 1997